UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENZIGN LICENSING, LLC, a New York company<br><br>  Plaintiff,<br><br>v.<br><br>MAXIMA APPAREL CORP.; MAXIMA ECOMMERCE HOLDINGS, LLC; MAXIMA GLOBAL HOLDINGS LLC; and HUDSON OUTWEAR INC.,<br><br>  Defendants. | Case No.: 20-cv-1438 JLS (AGS)<br><br>**ORDER VACATING HEARING**<br><br>(ECF No. 12) |

  Presently before the Court is Defendant's Motion to Dismiss. (ECF No. 12.) On its own motion, the Court **VACATES** the hearing scheduled for December 17, 2020 at 1:30 p.m. and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

  **IT IS SO ORDERED.**

Dated: December 10, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge